IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
APR 17 2003
RONALD A. GUZMAN,
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| THURMAN PAUL, as the Administrator of the Estate of CEDRIC A. PAUL, deceased and DONTE GARDNER, individually,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF EVANSTON, et al.,<br><br>Defendants. | Nos. 01 C 1925 and 02 C 3055<br>(consolidated)<br><br>Judge Guzman<br><br>Jury Demanded |

DOCKETED
APR 2 1 2003

## STIPULATION TO DISMISS

It is hereby stipulated and agreed by and between the parties to the above entitled actions, through their respective attorneys, that said causes of action be dismissed with prejudice and without costs to either party, all costs having been paid, and all matters in controversy for which said actions were brought having been fully settled, compromised and adjourned.

_Standish E. Willis_
Standish E. Willis
Law Office of Standish E. Willis
407 S. Dearborn Street
Suite 1395
Chicago, IL 60605
(312) 554-0005
Attorney for plaintiff

_Richard T. Ryan_
Richard T. Ryan
Mark F. Smolens
Ryan, Smolens & Jones
180 North LaSalle Street
Suite 2303
Chicago, IL 60601
(312) 372-3800
Attorney for defendants